IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Shaniqua Davis

Plaintiff(s),

v.

City of Chicago

Defendant(s).

Case No. 1:20-cv-04984
Judge Andrea R. Wood

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☑ in favor of defendant(s) City of Chicago
and against plaintiff(s) Shaniqua Davis

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge                                 presiding, and the jury has rendered a verdict.
☐ tried by Judge                           without a jury and the above decision was reached.
☑ decided by Judge Andrea R. Wood on a motion to dismiss.

Date: 9/27/2022              Thomas G. Bruton, Clerk of Court

Laritza Arcos , Deputy Clerk